**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | |
|---|---|
| SARA TAYLOR, individually and on behalf on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTGEN LEADS, LLC,<br><br>Defendant. | CIVIL ACTION NO.: 3:24-cv-00125-TES |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NextGen Leads LLC, by counsel, makes the following disclosure: NextGen Leads LLC's parent companies are Split Decision Holding Corporation and Third Act Media, LLC. NextGen Leads LLC also has one wholly owned subsidiary, Bankers Hill Insurance Services, LLC. There are no publicly held corporations that hold 10 percent or more of Defendant NextGen Leads LLC's stock.

Respectfully submitted this 31st day of January, 2025.

*/s/ T. Brandon Waddell*
T. Brandon Waddell
Ga. Bar No. 252639
Katie Wheeler Gamsey
Ga. Bar No. 817096
**CAPLAN COBB LLC**
75 Fourteenth Street NE, Suite 2700
Atlanta, Georgia 30309
Tel: (404) 596-5600
Fax: (404) 596-5604
bwaddell@caplancobb.com
kgamsey@caplancobb.com

*Counsel for Defendant NextGen Leads LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I caused a true and correct copy of the foregoing document to be filed with the clerk's office using this Court's CM/ECF system, which will automatically send notice of such filing to all counsel of record.

This 31st day of January, 2025.

*/s/ T. Brandon Waddell*
T. Brandon Waddell
Ga. Bar No. 252639

*Counsel for Defendant NextGen Leads LLC*