UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| SARA TAYLOR, individually and on behalf of a class of all persons and entities similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>NEXTGEN LEADS LLC,<br><br>   Defendant. | CIVIL ACTION NO.: 3:24-cv-00125-TES |

## ORDER AUTHORIZING SUBPOENA UNDER THE CABLE ACT

  Before the Court is the request of Defendant NextGen Leads LLC ("Defendant") to authorize a subpoena to Charter Communications, Inc. ("Charter") under the Cable Communication Policy Act of 1984, 47 USC § 551. Based upon Defendant's assertion that it maintains records that a Charter subscriber submitted requests to call Plaintiff's phone number, the Court finds that (i) the identity of the subscriber is directly and materially related whether Plaintiff submitted a request to be contacted and agreed associated terms, which Defendant maintains contains an agreement to arbitrate, and (ii) the identity of the Charter subscriber cannot be obtained readily from any other source. Therefore, the Court **ORDERS** as follows:

  1. Charter is hereby authorized to disclose the requested information sought in the subpoena attached as Exhibit A (the "Subpoena").

  2. Defendant must serve a copy of this Order on Charter at the time it serves the Subpoena.

  3. Charter shall have ten (10) calendar days after said notice to notify any applicable subscriber(s) that their name, address, and identifying information is being sought by Defendant.

4.	Subscriber(s) subject to the disclosure shall have fourteen (14) calendar days from the date of such notice to file suit, submit, or otherwise assert any objection to the requested disclosure (an "Objection").

5.	Good faith attempts by Charter to notify the subscriber(s) shall constitute compliance with this Order.

6.	If no Objection is timely filed, Charter shall produce records responsive the Subpoena.

7.	In the event an Objection is filed, Defendant shall promptly serve a copy of the objection on Charter, and Charter shall not respond to the Subpoena until the objection is resolved.

8.	Any information disclosed to Defendant in response to the Subpoena may be used by Defendant solely for this matter and solely consistent with any orders entered by the Court in this matter.

**IT IS SO ORDERED** this  7  day of March 2025.

                                                                   s/Tilman E. Self, III
                                                            UNITED STATES DISTRICT JUDGE